CAROLYN D. PHILLIPS
Attorney at Law
Bar No. 103045
P.O. Box 5622, Fresno, CA 93755-5622
TEL: 559.248.9833   FAX: 559.248.9820

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. CR F 05-0156 OWW |
| Plaintiff, | STIPULATION TO RESET SENTENCING FOR DECEMBER 13, 2005 AT 10:00 A.M.; ORDER |
| v. | |
| JESSICA MARIE HAWES, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE to reset the sentencing hearing for Tuesday, December 13, 2005 at 10:00 a.m., before the Honorable Judge Oliver W. Wanger. This hearing had previously been calendared for January 9, 2006.

SO STIPULATED.

Dated: _____, 2005        McGREGOR W. SCOTT
                                United States Attorney


                                By:   /s/ Sheila Oberto
                                      SHEILA OBERTO
                                      Assistant U.S. Attorney

Dated: _____, 2005              /s/ Carolyn D. Phillips
                                      CAROLYN D. PHILLIPS
                                      Attorney for Defendant Jessica Hawes

*Stipulation to Reset Sentencing for December 13, 2005 at 10:00 A.M.,*
*U.S. v. Jessica Marie Hawes, Case No. CR F-05-0156 OWW*

1

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

**IT IS ORDERED** that the sentencing hearing in the matter of <u>United States v. Jessica M. Hawes</u>, Case No. 05-0156 be reset from January 9, 2006 at 1:30 p.m., to December 13, 2005 at 10:00 a.m.


Dated:     December 9, 2005         /s/ OLIVER W. WANGER
**OLIVER W. WANGER, Judge**
**United States District Court**
**Eastern District of California**

*Stipulation to Reset Sentencing for December 13, 2005 at 10:00 A.M.,*
*U.S. v. Jessica Marie Hawes, Case No. CR F-05-0156 OWW*

2

PDF created with pdfFactory trial version www.pdffactory.com