Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE OFFENDER**

(Probation Form 49, Waiver of Hearing, is attached)

| | |
|---|---|
| **Offender Name:** | JESSICA MARIE HAWES |
| **Docket Number:** | 1:05CR00156-02 OWW |
| **Judicial Officer:** | Honorable Oliver W. Wanger<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | December 13, 2005 |
| **Original Offense:** | 18 USC 371, Conspiracy to Possess Stolen Mail and to Commit Unauthorized Use of Access Device |
| **Original Sentence:** | 36 months probation, $100 special assessment, $2,654 restitution |
| **Special Conditions:** | 1) Search and seizure; 2) Shall not dispose assets; 3) Financial access; 4) Financial restrictions; 5) Abstain from alcohol use; 6) Co-payment plan for treatment or testing; 7) Participate in a correctional treatment program to obtain assistance for drug or alcohol abuse, which will include testing; 8) Participate in mental health treatment; 9) Complete 100 hours of community service; 10) Shall reside in WestCare for 90 days; 11) DNA testing. |
| **Other Court Action:** | None. |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | December 13, 2005 |

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows:

1. The defendant shall complete an additional 100 hours of unpaid community service as directed by the probation officer. The defendant shall pay fees attendant to participation and placement in this program, on a sliding scale as determined by the program. Community service shall be completed by May 1, 2006.

**JUSTIFICATION**

Rev. 02/2000
PROB12B.MRG

**RE:** Hawes, Jessica
**Docket Number:** 1:05CR00156-02 OWW

On December 20, 2005, the defendant reviewed her terms and conditions of supervision. On this date, the defendant was informed that she could not associate with any persons convicted of a felony unless granted permission to do so by the probation officer. Since this date, this officer learned the defendant had been corresponding with inmates incarcerated in the California Department of Correction and she also had unauthorized contact with a state parolee while in the community.

Since discovering this violation conduct, the defendant has come into the office and accepted responsibility for her behavior. After discussing the issue at length, we decided that it would be appropriate for her to complete an additional 100 hours of unpaid community service as punishment for this violation. Hopefully, this will afford her the opportunity to reflect upon the poor decisions she has been making since her release, which if left unchecked could result in her commitment to the Bureau of Prisons.

It should be noted the defendant has been making progress in WestCare and staff in the program feel optimistic about her overall recovery. The defendant has acknowledged her willingness to modify her conditions by signing a Waiver of Hearing to Modify Conditions of Supervised Release, which is attached for the Court's review.

Respectfully submitted,

/s/ Tim Mechem

**Tim Mechem**
United States Probation Officer
Telephone:  (559) 499-5731

**DATED:**   February 23, 2006
Fresno, California

**Reviewed by:**   /s/ Bruce Vasquez
**Bruce A. Vasquez**
Supervising United States Probation Officer

**RE:** **Hawes, Jessica**
**Docket Number:** 1:05CR00156-02 OWW

---

**THE COURT ORDERS:**

x     **Modification approved as recommended.**

☐     **Modification not approved at this time. Probation Officer to contact Court.**

☐     **Other:**

| Feb. 23, 2006 | /s/ OLIVER W. WANGER |
|---|---|
| **Date** | **Name of Judicial Officer** |

cc:   United States Probation
      Assistant United States Attorney
      Assistant Federal Defender
      Defendant
      Court File